912

No. 74–6718. STANLEY v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–59. BRADY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 75–101. VIGI ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–113. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–123. NICHOLS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 75–132. JEFFORDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–180. INTERSTATE 95 COMMITTEE v. COLEMAN, SECRETARY OF TRANSPORTATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–181. HAVERLY ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–229. DE FILIPPO ET AL., T/A A & S v. FORD MOTOR CO. C. A. 3d Cir. Certiorari denied.

No. 75–253. HARTE v. LEHNHAUSEN, FORMER DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.